UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA F. DARDEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:08-00245 |
| ) | JUDGE HAYNES |
| ) | |
| AMERICAN INTERNATIONAL GROUP ) | |
| INC., AMERICAN INTERNATIONAL ) | |
| LIFE ASSURANCE COMPANY ) | |
| OF NEW YORK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, judgment on the administrative record should be **GRANTED** in Defendants' favor. Plaintiff's motion for judgment on the administrative record (Docket Entry No. 27) is **DENIED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge